**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Clarksburg**

**KEITH ALLEN WOOD,**

        Petitioner,

        v.                                    **Civil Action No. 1:21-CV-103**
                                                          Judge Kleeh

**MICHAEL J. OLEJASZ,** Judge of the
Circuit Court of Brooke County, West
Virginia,

        Respondent.

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The above referenced case is before this Court upon the magistrate judge's recommendation that petitioner's Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241(c)(3) [Doc. 1] be dismissed without prejudice and petitioner's Motion for Stay of State Court Proceeding or, in the alternative, for Expedited Consideration of the Petition for Writ of Habeas Corpus [Doc. 2] be denied as moot.

This Court is charged with conducting a *de novo* review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). However, absent prompt objection by a dissatisfied party, it appears that Congress did not intend for the district court to review the factual and legal conclusions of the magistrate judge. ***Thomas v. Arn***, 474 U.S. 140 (1985). Additionally, any party who fails to file timely, written objections to the magistrate judge's report pursuant to 28 U.S.C. § 636(b)(1) waives the right to raise those objections at the appellate court level. ***United***

*States v. Schronce*, 727 F.2d 91 (4th Cir. 1984), *cert. denied*, 467 U.S. 1208 (1984). No objections have been filed to the magistrate judge's report and recommendation.

A *de novo* review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. Accordingly, the magistrate judge's report and recommendation [**Doc. 3**] is **AFFIRMED**, and petitioner's Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241(c)(3) [**Doc. 1**] is hereby **DISMISSED WITHOUT PREJUDICE.** Moreover, petitioner's Motion for Stay of State Court Proceeding or, in the alternative, for Expedited Consideration of the Petition for Writ of Habeas Corpus [**Doc. 2**] is hereby **DENIED AS MOOT**. This Court further **DIRECTS** the Clerk to enter judgment in favor of the respondent and to **STRIKE** this case from the active docket of this Court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to any counsel of record.

**DATED:** September 28, 2021.

*Tom S Kleeh*
_____
**THOMAS S. KLEEH**
**UNITED STATES DISTRICT JUDGE**